# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

UNITED STATES OF AMERICA,          )
                                           )
                   Plaintiff,          )
                   v.               )        CAUSE NO.: 2:12-CR-12-JTM-PRC
                                           )
FLETCHER PETERSON,              )
                   Defendant.     )

## <u>FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT FLETCHER PETERSON</u>

TO:    THE HONORABLE JAMES T. MOODY, JUDGE,
        UNITED STATES DISTRICT COURT

Upon Defendant Fletcher Peterson's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on March 28, 2012, with the consent of Defendant Fletcher Peterson, counsel for Defendant Desmond Peterson, and counsel for the United States of America.

The hearing on Defendant Fletcher Peterson's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Fletcher Peterson under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Fletcher Peterson,

I FIND as follows:

(1) that Defendant Fletcher Peterson understands the nature of the charges against him to which the plea is offered;

(2) that Defendant Fletcher Peterson understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

his right against compelled self-incrimination;

(3) that Defendant Fletcher Peterson understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Fletcher Peterson understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Fletcher Peterson has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Fletcher Peterson is competent to plead guilty;

(6) that Defendant Fletcher Peterson understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Fletcher Peterson's plea; and further,

I RECOMMEND that the Court accept Fletcher Peterson's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Fletcher Peterson be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Fletcher Peterson be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

So ORDERED this 28th day of March, 2012.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Honorable James T. Moody